```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA,           :
                                    :       07-CR-0220 (BSJ)
            v.                      :
                                    :       ORDER
DAVID A. STOCKMAN, J. MICHAEL STEPP,:
DAVID R. COSGROVE, & PAUL C. BARNABA:
                                    :
                        Defendants. :
                                    :
------------------------------------x
```
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

In light of the Government's decision to provide to defense counsel within the next two weeks (1) the entire set of interview memoranda from the 2005 Audit Committee Investigation, and (2) the notes of witnesses interviewed during the Government's investigation, the Court will hold a status conference on January 21, 2009 at 10:00 a.m. At that conference Defendants will be expected to advise the Court as to the status of discovery.

SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BARBARA S. JONES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         November ___, 2008

1